FILED' 08 AUG 20 16:12 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **WILLIE CHARLES SANDERS JR.,** | Civ. No. 08-437 BR |
| Petitioner, | **ORDER DISMISSING HABEAS CORPUS PETITION** |
| v. | |
| **GUY HALL, Superintendent,** **Two Rivers Correctional Institution,** | |
| Respondent. | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 20th day of August, 2008.

*Anna J. Brown*
THE HONORABLE ANNA J. BROWN
U.S. District Court Judge

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION

Submitted by:

*/s/ Thomas J. Hester*
Thomas J. Hester
Attorney for Petitioner

Lynn David Larsen (by consent)
Attorney for Respondent